IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| COLIN W. MURRAY, individually & on behalf of all similarly situated, | No. 3:19-cv-00180-JR |
| Plaintiff(s), | |
| v. | |
| TRANSPORTATION MEDIA, INC., d/b/a BENCH CRAFT COMPANY, | ORDER |
| Defendant. | |

HERNANDEZ, District Judge:

Magistrate Judge Russo issued a Findings & Recommendation (#46) on May 7, 2019, in which she recommends the Court grant Plaintiff's motion for conditional class certification and court facilitated notice with certain exceptions regarding notice. Defendant has timely filed objections to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings &

Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Defendant's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no errors in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings & Recommendation [46], and therefore, Plaintiff's motion for conditional class certification and court facilitated notice [6] is granted with the exceptions regarding notice as provided for at pages 9-10 of the Findings & Recommendation.

IT IS SO ORDERED.

DATED this \_\_\_\_8\_\_\_\_ day of \_\_July\_\_, 2019.

_____
MARCO A. HERNANDEZ
United States District Judge