IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| COLIN W. MURRAY, individually<br>& on behalf of all similarly situated,<br><br>      Plaintiff(s),<br><br>      v.<br><br>TRANSPORTATION MEDIA, INC., d/b/a<br>BENCH CRAFT COMPANY,<br><br>      Defendant. | No. 3:19-cv-00180-JR<br><br><br><br><br><br>ORDER |

HERNANDEZ, District Judge:

      Magistrate Judge Russo issued a Findings & Recommendation (#63) on October 17, 2019, in which she recommends the Court grant Defendant's motion to compel arbitration on an individual basis. Plaintiff has timely filed objections to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

      When any party objects to any portion of the Magistrate Judge's Findings &

1 - ORDER

Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Defendant's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings & Recommendation [63], and therefore, Defendant's motion to compel arbitration on an individual basis [52] is granted.

IT IS SO ORDERED.

DATED this December 23, 2019.

*Marco Hernández*
MARCO A. HERNANDEZ
United States District Judge